```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GRECIA,<br><br>      Appellant,<br><br>    -v.-<br><br>BRASS LION ENTERTAINMENT, INC. et al.,<br><br>      Appellee. | 25 Civ. 1484 (JHR) (SLC)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court is in receipt of numerous *ex parte* emails from Plaintiff William Grecia. It is generally improper for any party to communicate with the Court without notice to the other side, as appears to have occurred here. Plaintiff is encouraged to review the "Representing Yourself in Federal Court (Pro Se)" section of the Court's website. To the extent that Plaintiff has any questions about filing and docketing, he is directed to contact the Pro Se Office at (212) 805-0175. If Plaintiff wishes to submit anything further to the Court, he should file it with the Pro Se Office.

  SO ORDERED.

Dated: March 20, 2025
    New York, New York

                  */s/ Jennifer H. Rearden*
                  JENNIFER H. REARDEN
                  United States District Judge