UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

WILLIAM GRECIA,

                Plaintiff,

           - against -

BRASS LION ENTERTAINMENT, INC.,
JUSTIN SMITH, BRYNA SMITH,
EDWARD ROBLES, and ROC NATION
LLC,

                Defendants.

------------------------------------------------------------------------X

25 Civ. 1484 (JHR) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

       On April 11, 2025, Defendants Brass Lion Entertainment, Inc., Justin Smith, and Bryna Smith ("Defendants") moved to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 53). In support of their motion, Defendants filed a Memorandum of Law in Support (Dkt. No. 54), a Declaration by Defendants' counsel with accompanying exhibits (Dkt. No. 55), and an affidavit of service that included unpublished cases cited in the Memorandum of Law in Support, as required by Local Rule 7.2 (Dkt. No. 58).

       Plaintiff is hereby notified that, through their motion, Defendants not only seek (1) dismissal of Plaintiffs' Complaint with prejudice, but also seek (2) to impose an anti-suit injunction barring Plaintiff's ability to bring litigation in the future, and (3) to impose sanctions on Plaintiff in the form of recovery of their attorneys' fees and costs, pursuant to the Court's inherent authority.

Plaintiff voluntarily dismissed Defendants Justin Smith and Brass Lion Entertainment, Inc. (Dkt. Nos. 40–41), and while named, as far as the docket reflects, Plaintiff never served Edward Robles and Roc Nation LLC. Plaintiff has indicated an interest in settlement (Dkt. No. 45) and, in emails to Defendants' counsel, Plaintiff has stated that he does not intend to continue to prosecute this action. (*See* Dkt. No. 55 Ex. 3 (Plaintiff stating that he intended "to voluntarily dismiss all parties" and noting that a "misinterpret[ation] . . . unintentionally complicated the voluntary dismissal process" Plaintiff "had planned" for Defendant Bryna Smith)).

As the posture of this case is unclear, the Court orders the following:

- **Plaintiff is directed to inform the Court by <u>Friday, May 9, 2025,</u> whether he intends to continue to prosecute this action against Defendant Bryna Smith and whether he plans to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)**, which allows a plaintiff to voluntarily dismiss an action without leave of the Court if done prior to the service of "an answer or motion for summary judgment."

- Defendants are directed to inform the Court by **Friday, May 9, 2025**, whether they intend to continue to pursue sanctions and a litigation bar were

Plaintiff to voluntarily dismiss the action under Rule 41(a)(1)(A)(i) and under what authority Defendants would seek such relief.

All deadlines are currently stayed pending the parties' responses to this Order.

**SO ORDERED.**

DATED:   New York, New York
         April 24, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge