UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

WILLIAM GRECIA,

            Plaintiff,

    - against -

BRASS LION ENTERTAINMENT, INC.,
JUSTIN SMITH, BRYNA SMITH,
EDWARD ROBLES, and ROC NATION
LLC,

            Defendants.

----------------------------------------------------------------X

25 Civ. 1484 (JHR) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On April 11, 2025, Defendants Brass Lion Entertainment, Inc., Justin Smith, and Bryna Smith ("Defendants") moved to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. Nos. 53–55, 58). Through their Motion to Dismiss, Defendants seek (1) dismissal of Plaintiffs' Complaint with prejudice; (2) to impose an anti-suit injunction barring Plaintiff's ability to bring litigation in the future; and (3) to impose sanctions on Plaintiff in the form of recovery of their attorneys' fees and costs, pursuant to the Court's inherent authority.

On April 24, 2025, the Court directed Plaintiff to inform the Court whether he intended to continue to prosecute this action against Defendant Bryna Smith, the only remaining Defendant in this action.[1] (Dkt. No. 66). The Court also

---

[1] Plaintiff voluntarily dismissed Defendants Justin Smith and Brass Lion Entertainment, Inc. on April 5, 2025 (Dkt. Nos. 40–41), and while named, as far as the docket reflects, Plaintiff never served Edward Robles and Roc Nation LLC.

directed Defendants to inform the Court whether they would continue to pursue sanctions and a litigation bar were Plaintiff to voluntarily dismiss his action. (*Id.*).

In response to the Court's Order, Plaintiff indicates that he intends to continue to litigate the action. (Dkt. No. 72). Thus, Plaintiff may respond to the Motion to Dismiss in one of two ways: (1) he may file a brief in opposition to Defendants' Motion; or (2) he may file an Amended Complaint that seeks to cure the deficiencies alleged in Defendants' Motion. **If Plaintiff files neither an opposition brief nor an Amended Complaint by the deadline set forth below, the Court will treat Defendants' Motion to Dismiss as unopposed.**

The Court sets the following schedule with respect to Defendants' Motion to Dismiss:

- Plaintiff's **opposition brief** opposing Defendants' Motion to Dismiss With Prejudice (Dkt. Nos. 53–55) <u>or</u> **an Amended Complaint** that attempts to cure the deficiencies alleged in Defendants' Motion is **due by no later than Thursday, June 12, 2025**.
- Should Plaintiff file an opposition brief, Defendants' reply, if any, is due by Thursday, June 26, 2025.

**SO ORDERED.**

DATED:   New York, New York
         May 13, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge