UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WILLIAM GRECIA,

            Plaintiff,

    - against -

BRASS LION ENTERTAINMENT, INC.,
JUSTIN SMITH, BRYNA SMITH,
EDWARD ROBLES, and ROC NATION
LLC,

            Defendants.

-----------------------------------------------------------------X

25 Civ. 1484 (JHR) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

    On May 13, 2025, Plaintiff filed a letter stating that he had voluntarily dismissed Defendant Bryna Smith on April 25, 2025, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Dkt. No. 77).  The Court notified Plaintiff on May 15, 2025, that, upon inquiry, the *Pro Se* Intake Unit informed the Court that Plaintiff's filing attempting to dismiss Defendant Bryna Smith was unable to be docketed due to issues with the PDF and was therefore ineffective.  (Dkt. No. 78).  The Court further stated that if Plaintiff wished to dismiss Defendant Bryna Smith, the last remaining Defendant in this action, Plaintiff must refile the motion to voluntarily dismiss.  (*Id.*).  Until Plaintiff does so, Defendant Bryna Smith remains a Defendant in this action.

    On June 4, 2025, Plaintiff filed a letter with the Court asking it to "halt unlawful contact from dismissed parties."  (Dkt. No. 83).  Plaintiff reiterated his belief that Defendant Bryna Smith had been "dismissed voluntarily from this

action," despite the Court informing Plaintiff that she had not been and that he must move again to dismiss her.

The same day, Defense counsel advised the Court that, pursuant to Fed. R. Civ. P. 11's 21-day "safe-harbor" provision, they served Plaintiff with a letter informing him of their intent to move for Rule 11 sanctions and "demanding that Plaintiff voluntarily dismiss the Complaint against Defendants with prejudice, and withdraw other false statements made in [] letters and motions . . . ." (Dkt. No. 85). In that same letter to Plaintiff, Defense counsel reminded Plaintiff that the Court previously made clear that Defendant Bryna Smith had not yet been properly dismissed. (Dkt. No. 85 Ex. A at 1 n.1).

As Plaintiff was served with Defendants' Rule 11 motion on June 4, 2025, Plaintiff has until Wednesday, June 25, 2025 before Defendants may choose to formally move for Rule 11 sanctions. In addition, Plaintiff's Opposition to Defendants' Motion to Dismiss is due by Thursday, June 12, 2025. Alternatively, if Plaintiff does not intend to litigate this matter, as he has previously stated, and intends to dismiss Bryna Smith, the last remaining Defendant who has been served in this action, he must do so by Thursday, June 12, 2025.

**SO ORDERED.**

DATED:    New York, New York
          June 10, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge