UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GRECIA,<br><br>                    Plaintiff,<br><br>-v.-<br><br>BRASS LION ENTERTAINMENT, INC., JUSTIN SMITH, BRYNA SMITH, EDWARD ROBLES, and ROC NATION LLC,<br><br>                    Defendants. | 25 Civ. 1484 (JHR) (GS)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

Plaintiff's application to voluntarily dismiss Defendant Bryna Smith pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), ECF No. 100, is hereby GRANTED. As Plaintiff's claims against Defendants Brass Lion Entertainment, Inc., Justin Smith, and Bryna Smith (collectively, "Defendants") have now been voluntarily dismissed, Defendants' motion to dismiss, ECF No. 53, is DENIED as moot. The Clerk of Court is directed to terminate Defendant Bryna Smith and ECF Nos. 36, 37, 53, and 92.

Plaintiff's motion to withdraw his motion for Rule 11 sanctions is GRANTED. The Clerk of Court is further directed to terminate ECF Nos. 73 and 81.

Notwithstanding the denial as moot of Defendants' Motion to Dismiss, the Court retains jurisdiction over "collateral issues such as sanctions." *Rice v. NBCUniversal Media, LLC*, No. 19 Civ. 447 (JMF), 2019 WL 3000808, at *4 (S.D.N.Y. July 10, 2019); *U.S. D.I.D. Corp. v. Windstream Commc'ns, Inc.*, 775 F.3d 128, 134 (2d Cir. 2014) (holding that "voluntary dismissal of a complaint . . . does not preclude the district court from considering collateral issues such as sanctions"); *In re Austrian & German Bank Holocaust Litig.*, 317 F.3d 91, 98 (2d Cir. 2003) ("Whenever a district court has federal jurisdiction over a case, it retains ancillary jurisdiction after dismissal to adjudicate collateral matters."). Thus, the Court has authority to

consider Defendants' request for sanctions, ECF Nos. 53-54.  Plaintiff is reminded that Defendants seek a filing injunction, which would bar Plaintiff from bringing litigation in federal courts without first seeking leave of the court, and monetary sanctions in the form of attorney's fees.  The Court therefore directs the following:

- Plaintiff shall file a consolidated opposition to Defendants' papers in support of their request for sanctions (ECF Nos. 53–58, 71, 95–98) by no later than **Tuesday, July 22, 2025**, addressing both the request to impose a filing injunction and the request for attorneys' fees.
- Defendants' reply, if any, shall be due by no later than **Tuesday, August 5, 2025**.

SO ORDERED.

Dated: June 25, 2025
New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge